JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON C. AIKMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE, et al.,<br><br>Defendants. | Case No. 2:22-cv-05091-SVW-RAO<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

   IT IS HEREBY ORDERED that above-referenced action shall be dismissed in its entirety without prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: August 4, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4870-9076-6381 v1

- 1 -

CASE NO. 2:22-cv-05091-SVW-RAO
[PROPOSED] ORDER GRANTING STIP FOR DISMISSAL W/O PREJUDICE OF ENTIRE ACTION